**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MARY PATTERSON
(513) 564-7033
(FAX) 564-7094
www.ca6.uscourts.gov

Filed: July 17, 2006

Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

RE: 04-6393
ACLU TN vs. Bredesen
District Court No. 03-01046

Dear Mr. Throckmorton:

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

Mary Patterson
Case Manager

cc:
Honorable Todd J. Campbell
Ms. Melody L. Fowler-Green
Mr. Steven A. Hart
Mr. James Bopp Jr.
Mr. Mathew D. Staver

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-6393

Filed: July 17, 2006

AMERICAN CIVIL LIBERTIES UNION OF TENNESSEE; PLANNED
PARENTHOOD OF MIDDLE AND EAST TENNESSEE, INC.; SALLY LEVINE;
HILARY CHIZ; JOE SWEAT

    Plaintiffs - Appellees

v.

PHILIP BREDESEN, Governor of Tennessee; FRED PHILLIPS,
Commissioner of Safety of Tennessee

    Defendants - Appellees

FRIENDS OF GREAT SMOKY MOUNTAINS NATIONAL PARK, INC., a
non-profit North Carolina Corporation;

    Defendant

NEW LIFE RESOURCES, INC.

    Intervening Defendant - Appellant

**MANDATE**

Pursuant to the court's disposition that was filed 3/17/06 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS

Attest:

_Mary Patterson_
(Deputy Clerk)